

# Fourth Court of Appeals
## San Antonio, Texas

December 30, 2020

No. 04-20-00577-CV

Clarissa Nicole **LOPEZ,**
Appellant

v.

Alberto Luis **CAVAZOS,**
Appellee

From the County Court, Jim Wells County, Texas
Trial Court No. 20-02-60230-CV
Honorable Michael Ventura Garcia, Judge Presiding

# O R D E R

The court reporter's record was due by December 21, 2020. On December 28, 2020, the court reporter filed a notification of late record, stating she has not filed the reporter's record because appellant failed to request the record in writing. We therefore **ORDER** appellant to provide written proof to this court **by January 11, 2021** that appellant has properly requested the court reporter to prepare the reporter's record by designating the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record is writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court